IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES BROWNLEE                                                                       PLAINTIFF

v.                                                                                   NO. 1:05CV233-M-D

CLAY COUNTY SHERIFF'S DEPARTMENT, ET AL.                                             DEFENDANTS

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated August 28, 2006, and the September 12, 2006, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated August 28, 2006, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the instant case is hereby **DISMISSED**.

3. That this case is **CLOSED.**

4. That in light of this holding, any motions currently pending in this case are hereby **DISMISSED** as moot.

THIS, the 3rd day of October, 2006.

                                                             /s/ Michael P. Mills
                                                            **UNITED STATES DISTRICT JUDGE**